IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY EUGENE HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**SGT. P. CHAN,** et al.**,**<br><br>Defendants. | Case No. 1:12-cv-00965 JLT (PC)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>(Docs. 2, 3, 4 ). |

On June 4, 2012, Plaintiff, a state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status in the Northern District Court. (Docs. 1 and 2). Because the acts complained of occurred at the Wasco State Prison - Reception Center in Wasco, California, the matter was transferred to the Eastern District of California on June 14, 2012. (Doc. 4).

On June 4, 2012, before the case was transferred, Plaintiff was informed that his application to proceed in forma pauperis was deficient because he did not submit a Certificate of Funds regarding his Prisoner Account. (Doc. 3). Plaintiff was ordered to respond to the notice within 30 days or his matter would be dismissed. (Doc. 3). Additionally, the order transferring Plaintiff's case ordered all pending motions terminated. (Doc. 4). While there may have been

some confusion as to whether Plaintiff still needed to respond to the prior court's order or whether his application to proceed in forma pauperis was still pending, Plaintiff should have taken some action to ensure his application would be ruled upon.

Despite the prior court's order informing him of the deficiency in the application, Plaintiff has failed to submit an Application for in forma pauperis status with this Court or a Certificate of Funds regarding his Prisoner Account.

Accordingly, it is HEREBY ORDERED:

1. Within 14 days from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, Plaintiff shall, within the same FOURTEEN (14) day period, either pay the $350.00 filing fee in full or submit a completed application to proceed informa pauperis (along with a certificate of funds) as previously ordered;

2. **Plaintiff is cautioned that if he fails to comply with this order, the Court will recommend his matter be dismissed.**

IT IS SO ORDERED.

Dated:   **July 11, 2012**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE