IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY EUGENE HARRIS,** <br><br> Plaintiff, <br><br> v. <br><br> **SGT. P. CHAN,** et al.**,** <br><br> Defendants. | Case No. 1:12-cv-00965 JLT (PC) <br><br> **SECOND ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** <br><br> (Docs. 2, 3, 4, 7). |

      This matter was transferred to the Eastern District of California on June 14, 2012. (Doc. 4). Before the case was transferred, on June 4, 2012, Plaintiff was informed that his application to proceed in forma pauperis was deficient. (Doc. 3). He was ordered to respond to the notice within 30 days or his matter would be dismissed; he did not. (Doc. 3).

      On July 11, 2012, this Court ordered Plaintiff to show cause within 14 days why his action should not be dismissed for failure to prosecute the action and follow the Court's Order. (Doc. 7). Additionally, the Court ordered Plaintiff to pay the filing fee in full or submit a complete application to proceed in forma pauperis. (Doc. 7). However, the Court's order to show cause was returned as "undeliverable, out to medical." Oddly, Plaintiff *did* receive the Court's Order re Consent that was served approximately three weeks later on July 30, 2012, as he recently signed and returned the Order re Consent to the Court. (Docs. 8 and 9).

Since Plaintiff may not have received the Court's July 11, 2012 order to show cause, the Court will allow Plaintiff **one last opportunity** to show cause why this action should not be dismissed due to his failure to prosecute this action and follow the Court's Order.

Accordingly, it is HEREBY ORDERED that **within 14 days from the date of this order,** Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, Plaintiff shall pay the $350.00 filing fee or submit a completed application to proceed informa pauperis (along with a certificate of funds) as previously ordered.

**Plaintiff is cautioned that if he fails to comply with this order, the Court will dismiss this case.**

IT IS SO ORDERED.

Dated:   **August 15, 2012**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE